**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH N. WYNDER, JR.,

                Plaintiff,

-against-                            24 **CIVIL** 8899 (KMW)

                                                **JUDGMENT**

ROBERT MATEER and THOMAS TERMINELLE,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2025, the Court has dismissed Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has declined to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        June 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                          **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                          _____
                                                          **Deputy Clerk**